**Order entered August 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00479-CV

### SHARLET O. MITCHELL, ET AL., Appellants

### V.

### NUGGEHALI NEIL SATYU, M.D., ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-03855-D**

## ORDER

Before the Court is appellee Nuggehali Satyu, M.D.'s August 13, 2014 unopposed motion for an extension of time to file a brief. We **GRANT** appellee's motion. Appellee Nuggehali Satyu, M.D. shall file his brief on or before **September 8, 2014**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
            JUSTICE